IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JACOB CAPOZIO, | § | |
| | § | |
| Defendant Below, | § | No. 121, 2020 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. S1807018071 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 6, 2020
Decided: October 16, 2020

## **O R D E R**

On July 13, 2020, the Court issued a briefing schedule; the appellant's opening brief was due August 27, 2020. On September 2, 2020, the Chief Deputy Clerk sent a brief delinquency letter to the appellant. On September 21, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. The Court then received the certified mail receipt indicating that the notice to show cause had been delivered on September 24, 2020. A timely response to the notice to show cause would have been due on or before October 5, 2020. The appellant has not responded to the notice to show cause, nor has he filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice